IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:11-cr-00114-MO |
| **Plaintiff,** | |
| v. | **ORDER GRANTING MOTION TO REDUCE SENTENCE** |
| **ANTHONY LYNN LATHAN,** | |
| **Defendant.** | |

Mosman, United States District Judge:

This matter is before the Court on the defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) and the government's response in support of defendant's motion. Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served.

The Court concludes that the defendant's release pursuant to this order will not pose a danger to any other person or the community. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

Page 1   ORDER GRANTING MOTION TO REDUCE SENTENCE

The Court therefore GRANTS the Motion to Reduce Sentence.

IT IS HEREBY ORDERED that defendant shall be released within 24 hours of this Order if BOP can determine he is COVID negative, for travel to his approved residence. If the BOP cannot make the determination by that date, the government shall notify the Court without delay.

IT IS FURTHER ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in Case No. 3:11-cr-00114-MO.

IT IS FURTHER ORDERED that that the conditions of supervision shall be modified to require that the defendant shall remain on home confinement until July 13, 2022.

Dated this __10__ day of February 2021.

*Michael W. Mosman*

Honorable Michael W. Mosman
United States District Court Judge